# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNSYLVANIA PROFESSIONAL LIABILITY JOINT UNDERWRITING ASSOCIATION,** | : : : : | CIVIL ACTION NO. 1:17-CV-886<br><br>(Chief Judge Conner) |
| **Plaintiff** | : : | |
| v. | : : | |
| **RANDY ALBRIGHT, in his Official Capacity as Budget Secretary of the Commonwealth of Pennsylvania,** | : : : : : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 14th day of June, 2018, upon consideration of defendant's motion (Doc. 31) to continue stay pending appeal of Pennsylvania Professional Liability Joint Underwriting Ass'n v. Wolf, No. 1:17-CV-2041 (M.D. Pa. 2017), and the court noting that plaintiff does not oppose the motion, (see Doc. 33), it is hereby ORDERED that:

1. Defendant's motion (Doc. 31) to continue stay is GRANTED and the stay (Doc. 26) of the above-captioned action is CONTINUED pending disposition of the appeals filed in Pennsylvania Professional Liability Joint Underwriting Ass'n v. Wolf, No. 1:17-CV-2041 (M.D. Pa. 2017).

2. The Clerk of Court is directed to administratively terminate plaintiff's motion (Doc. 28) for summary judgment without prejudice to reinstatement thereof upon release of the stay imposed herein.

                                                /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner, Chief Judge
                                                United States District Court
                                                Middle District of Pennsylvania